## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PAUL FERGUSON (J)          CASE NO: 00-4153-SNOW
AUSA: DON CHASE                  ATTY:
AGENT:                           VIOL: CONSP IMPORT
PROCEEDING I/A ON COMPLAINT      RECOMMENDED BOND  PTD
BOND HEARING HELD - yes/no       COUNSEL APPOINTED

     BOND SET @

     SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS  x's a wk/month by phone;  x's a wk/month in person
3) Travel extended to:

Advised of Charges - to retain Counsel

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6-26 // LSS ✓
                        PTD/BOND HRG: 6-29  10:30 LSS ✓
                        PRELIM/ARRAIGN: 7-10  // 8:55 ✓
                        REMOVAL HRG:
                        STATUS CONF:

Date: 6/23/00   Time 11:00   FTL/LSS TAPE #00- 033   Begin: 2003   End: 2676