COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PAUL FERGUSON (J)            CASE NO: 00-4153-SNOW
AUSA: DON CHASE  /s/ Brown         ATTY:
AGENT:                             VIOL:
PROCEEDING INQUIRY RE COUNSEL      RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no         COUNSEL APPOINTED
      BOND SET @
      SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

FILED by D.C. JUN 2 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

Re-set for IRC

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 6/28/00  //  LSS ✓
                         PTD:                6/29/00  10:30   SNOW
                         PRELIM/ARRAIGN:     7/10/00   11     SELTZER
                         REMOVAL HRG:
                         STATUS CONF:
                              FTL/LSS
Date: 6/26/00   Time 11:00    TAPE #00-     Begin:       End: