## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | PAUL FERGUSON (J) | CASE NO: | 00-4153-SNOW |
| AUSA: | DON CHASE — pres | ATTY: | Richard Moore (temp) |
| AGENT: | | VIOL: | Rick Friedman stood in |
| PROCEEDING: | INQUIRY RE COUNSEL | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

*FILED JUN 2 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.     — temp counsel
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.     — will do PTD
- ☐ No contact with victims / witnesses.
- ☐ No firearms.     — hrg. Deft's wife
- ☐ Curfew: _____     present but unable
- ☐ Travel extended to: _____     to attend PTD hrg
- ☐ Halfway House _____     Counsel proffer her assets

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 6/28/00    TIME: 11:00 A.M.    FTL/LSS TAPE # 00 - 036    Begin: 722    End:

re-call 1533