

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6185-CR-FERGUSON

21 U.S.C. §963
21 U.S.C. §952(a)
21 U.S.C. §841(a)(1)
21 U.S.C. §846
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

FILED by D.C.
JUN 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA )
)
)
vs. )
)
)
)
TROY BROWN, and )
PAUL FERGUSON, a/k/a "Pablo," )
)
Defendants. )
_____ )

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about May 11, 2000 and continuing to on or about June 22, 2000, at

Broward County, in the Southern District of Florida, and elsewhere, the defendants,

TROY BROWN,
and
PAUL FERGUSON, a/k/a "Pablo,"

did knowingly and intentionally combine, conspire, confederate and agree with each other

and with persons unknown to the grand jury, to import into the United States, from a place

outside thereof, a Schedule II controlled substance, that is, in excess of five kilograms of



a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a).

All in violation of Title 21, United States Code, Section 963.

## COUNT II

From on or about May 11, 2000 and continuing to on or about June 22, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> TROY BROWN,
> and
> PAUL FERGUSON, a/k/a "Pablo,"

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, in excess of five kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963 and 960(a)(1)and (b).

## COUNT III

From on or about May 11, 2000 and continuing to on or about June 22, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> TROY BROWN,
> and
> PAUL FERGUSON, a/k/a "Pablo,"

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, in excess of five kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT IV**

On or about June 22, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

TROY BROWN,
and
PAUL FERGUSON, a/k/a "Pablo,"

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, in excess of five kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

All in violation of Title 21, U.S.C., Section 846.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

TROY BROWN, and
PAUL FERGUSON, a/k/a "Pablo."     **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)     Yes ___ No ___
                                      Number of New Defendants ___
___ Miami  ___ Key West               Total number of counts ___
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __NO__
   List language and/or dialect    __English__

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days        _X_      Petty       ___
   II   6 to 10 days       ___      Minor       ___
   III  11 to 20 days      ___      Misdem.     ___
   IV   21 to 60 days      ___      Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?     (Yes or No) __Yes__
   If yes:
   Magistrate Case No. _____ 00-4153-SELTZER _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __June 22, 2000__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No

                                  _____
                                  DONALD F. CHASE, II
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Court Bar No. A5500077

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name: TROY BROWN**     Case No._____

Count #: 1
Conspiracy to Import Cocaine

21 U.S.C. §963
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

Count #: 2
Attempted importation of Cocaine

21 U.S.C. §963
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

Count #: 3

Conspiracy to Possess with the Intent to Distribute Cocaine

21 U.S.C. §846
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

Count #: 4

Attempted Possession with the Intent to Distribute Cocaine

21 U.S.C. §846
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name: PAUL FERGUSON**    Case No._____

Count #: 1
Conspiracy to Import Cocaine

21 U.S.C. §963
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

Count #: 2
Attempted importation of Cocaine

21 U.S.C. §963
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

Count #: 3

Conspiracy to Possess with the Intent to Distribute Cocaine

21 U.S.C. §846
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

Count #: 4

Attempted Possession with the Intent to Distribute Cocaine

21 U.S.C. §846
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable