**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

DEFT: PAUL FERGUSON (J) # SS377-004    CASE NO: 00-6185-CR-FERGUSON

AUSA: DON CHASE  *pres*    ATTY: RICHARD MOORE, ESQ. *perm*

AGENT: _____    VIOL: _____

PROCEEDING: PTD HEARING / ARRAIGNMENT    RECOMMENDED BOND: _____

BOND HEARING HELD - yes / (no)  *Stip*    COUNSEL APPOINTED: _____

BOND SET @: 250,000 CSB w/Nebbia    To be cosigned by: _____

FILED by ___ D.C. JUN 30 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Gov't reserve the right to request PTD should deft seek to post or reduce the bond.*

Reading of indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 7-17 | 11 | LSS | |

DATE: 6/30/00    TIME: 10:30 A.M.    FTL/LSS TAPE # 00 - 037    Begin: 2199    End: 2429

15