CASE NO. 00-6185-cr-Ferguson

UNITED STATES OF AMERICA

v.

Paul Ferguson :

NOTICE OF APPEARANCE

COMES NOW Richard A. Moore, and files his/her appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that his/her appearance is unconditional and will conform to the requirements of Local General Rule 16.

Counsel also acknowledges his/her responsibility to file a timely notice of appeal to the Eleventh Circuit Court of Appeals on the defendant's (s') behalf if requested to do so by the defendant(s).

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT AFFORD A BASIS FOR WITHDRAWAL UNDER LOCAL GENERAL RULE 16.

DATED: 6/30/00

Attorney's Signature

Name: Richard A. Moore
Address: 1 NE 2nd Ave, #200
MIA, FLA 33132
Telephone: 305 3732336