UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6185-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TROY BROWN and PAUL FERGUSON,

Defendant.
_____/

## DEFENDANTS' JOINT OBJECTIONS TO THE
## PRE-SENTENCE INVESTIGATION REPORT

COMES NOW, the Defendants, Troy Brown and Paul Ferguson, by and through their undersigned counsels and hereby voice their objections to the Pre-Sentence Investigation (PSI) Report as follows:

### ROLE ASSESSMENT

Defendant Brown objects to paragraph 22 of the PSI, where he is not afforded a role reduction in the offense. Pursuant to U.S.S.G. §3B1.2, Defendant Brown should receive a two (2) level decrease because he was a minor participant in the conspiracy. Defendant Ferguson received a two (2) level reduction for minor role at paragraph 21, but should receive a four (4) level reduction for a minimal role.

*United States v. Rodriguez de Varon*, 175 F. 3rd 930 (11th Cir 1999), instructs this Court in determining whether a reduction is appropriate to consider the Defendant's role in his own relevant conduct and to compare him to other participants.

It is undisputed that Defendant Brown's participation involved him acting as a broker between a confidential informant and a more culpable source of cocaine. It was later determined that the source of the cocaine was an individual named "Papa." "Papa" provided the cocaine to Troy Brown who in turn delivered it to the confidential informant who ultimately transported it to the United States.

Defendant Brown's recorded conversations with "Papa" clearly established that Defendant Brown was a middleman who was working on behalf of "Papa." "Papa" gave Defendant Brown his instructions as

USA v Troy Brown & Paul Ferguson
Case No.: 00-6185-CR-FERGUSON
Page 2

---

needed and agreed to pay Defendant Brown for his efforts in assisting in transporting the cocaine. Defendant Ferguson accompanied Brown to assist in the conspiracy, but in fact did very little to assist.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully request that this Court grant the Defendant's Joint Motion and grant them the relief requested.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF FREEDMAN & WHITE | LAW OFFICES OF RICHARD MOORE |
| THE WHITE BUILDING - SUITE 200 | THE WHITE BUILDING - SUITE 200 |
| ONE NE 2ND AVENUE | ONE NE 2ND AVENUE |
| MIAMI, FLORIDA 33132 | MIAMI, FLORIDA 33132 |
| TELEPHONE (305) 358-1100 | TELEPHONE (305) 373-2336 |
| TELECOPIER (305) 358-2503 | TELECOPIER (305) 358-2503 |
| BY _____ | BY _____ |
| RICK FREEDMAN, ESQUIRE | RICHARD MOORE, ESQUIRE |
| FLORIDA BAR NO.: 395900 | FLORIDA BAR NO.: 248894 |
| ATTORNEY FOR TROY BROWN | ATTORNEY FOR PAUL FERGUSON |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct the foregoing was mailed/faxed to Donald F. Chase, AUSA, United States Attorney's Office, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301 and Gregory Jenkins, U.S. Probation Officer, 300 NE 1st Avenue, Room 315, Miami, Florida 33132-2126 this 15th day of September 2000.

BY _____   BY _____
RICK FREEDMAN, ESQUIRE        RICHARD MOORE, ESQUIRE