UNITED STATES OF AMERICA

Plaintiff,

vs.

TROY BROWN, (J)
PAUL FERGUSON (J)

Defendant.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6185-CR-FERGUSON

AMENDED SENTENCING DATE

TO:  DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable WILKIE D. FERGUSON, JR., United
States District Judge, YOU ARE HEREBY ORDERED to appear in the
United States District Court for the Southern District of Florida
on **November 3, 2000** at **10:30 A.M.**      for imposition of sentence.
On the date, report to the U.S. Courthouse, Courtroom, 207A, 2nd
Floor, Federal Courthouse, 299 East Broward Boulevard, Fort
Lauderdale, Florida, where sentence will be imposed.    You will
receive no further notice.

If the above-named defendant has executed a bond with this
Court, this notice advises the defendant that failure to appear as
directed herein could result in his/her being charged with a
violation of the Comprehensive Crime Control Act (18 U.S.C. Sec.
3146), which carries a maximum sentence of up to ten (10) years
imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and
Report (PSR) to this Court will be completed and a copy made
available to the parties and their counsel.   DEFENSE COUNSEL AND
THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED
STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER
INSTRUCTION).
IT  IS  FURTHER  ORDERED  that  the  U.S.  Attorney's Office
immediately provide the U.S. Probation Department the necessary
information to prepare the Prosecution Section of the Presentence
Report.

DATED: October 12, 2000

COUNSEL: Fredrick Freedman/
         Richard Moore

RECEIVED:    mailed 10/12/00

GOVERNMENT: AUSA, Donald Chase

CLARENCE G. MADDOX, II
Court Administrator/
Clerk of Court

BY:
Deputy Clerk
Deloris McIntosh