UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6185-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **NIGHT BOX** |
| v. ) | **JAMES A V** |
| ) | |
| ) | **OCT 3 1 2000** |
| TROY BROWN, and ) | |
| PAUL FERGUSON, ) | CLARENCE MADDOX |
| ) | CLERK, USDC / SDFL / FTL |
| ) | |
| Defendants. ) | |
| _____) | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America, by and through the undersigned Assistant United States Attorney, files this motion to continue for 30 days the sentencing set for November 3, 2000 at 10:30 A.M. for the following reasons:

1.  The undersigned prosecutor has been ill since September 9, 2000 and absent from the office because of gastro-intestinal problems and internal bleeding. The undersigned prosecutor has been tested repeatedly, medicated, and remains under the treatment of three physicians. The undersigned prosecutor is scheduled for tests at the hospital on November 2, 2000, November 7, 2000 and November 9, 2000. Because the undersigned will be place under anesthesia for the tests to be performed and biopsies may be taken, he is uncertain if he will be physically able to work the following day.

2.  The undersigned prosecutor's mother-in-law has been diagnosed with cancer

in her pancreas and liver. Attempts to treat her condition locally have failed and doctors have advised that her life expectancy is about 30 days. The undersigned prosecutor's family is currently in Mexico seeking treatments not available in the United States for cancer victims. The undersigned prosecutor is the father of a four and two year old. The undersigned prosecutor is attempting to clear his schedule for the month of November so he can be free to travel, if medically cleared, at a moment's notice to provide emotional support to his wife and care for his children.

3.  The undersigned prosecutor spoke to counsel for the defendants about the reasons who have no objection to a continuance of the sentencing under the circumstances.

Wherefore, for the foregoing reasons, the United States of America requests a continuance of the sentencing for 30 days.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida
Tel. (954) 356-7255
Fax. (954) 356-7336

- 2 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31st day of October 2000 to Rick Freedman and Richard Moore, the White Building, Suite 200 One NE 2nd Avenue, Miami, Florida 33132.

*signature*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY