SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ATL D.C.
NOV 14 2000

CASE # 00-6185-CR-WPD

DEFENDANT Paul Ferguson (J)     JUDGE  WILKIE D. FERGUSON

Deputy Clerk ~~TROY T. WALKER~~ D. McIntosh     DATE 11/3/00

Court Reporter  Paul Haferling     USPO Tracey Webb

AUSA Donald Chase/Terry Thompson     Deft's Counsel Richard Moore

COUNTS DISMISSED ___All Others___
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM     10 Days to Appeal

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 63 | 1 |

Supervised Release 3 years — SC: Drug treatment program: Surrender to Ins after service of sentence

| Probation | Years | Months | Counts |
|---|---|---|---|

Comments _____

Assessment $ 100 payable immediately     Fine $ N/A

Restitution /Other _____

CUSTODY
_✓_ Remanded to the Custody of the U. S. Marshal Service     ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: BOP in South Florida

34