DEFENDANT: **PAUL FERGUSON**
CASE NUMBER: **0:00CR06185-002**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __63__ __month(s)__.

☒ The court makes the following recommendations to the Bureau of Prisons:
**FACILITY IN SOUTH FLORIDA**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __12/04/00__ to __FDC-Miami__
at __33 NE 4th St. MIAMI, FL__, with a certified copy of this judgment.

__Monica S. Wetzel, Warden__
UNITED STATES MARSHAL

By __Jackie Jones, L.I.E.__
Deputy U.S. Marshal

38